**E-FILED on**   11/13/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YOLANDA SOLLOWAY,<br><br>      Plaintiff,<br><br>    v.<br><br>ALLIED INTERSTATE, INC.,<br><br>      Defendant. | No. C-06-04814 RMW<br><br>ORDER AWARDING FEES UNDER<br>28 U.S.C. § 1447(c)<br><br>**[Re Docket Nos. 19-22]** |

      Plaintiff Yolanda Solloway filed a putative class action against Allied Interstate, Inc. in the California Superior Court. Allied removed the action to this court. In a brief October 25, 2006 order, this court remanded the action because it was clear the amount in controversy did not meet the minimum required by 28 U.S.C. § 1332(d)(2).

      In that order, the court also found that plaintiff was entitled to fees and costs under 28 U.S.C. § 1447(c) and stated that plaintiff could submit a declaration regarding fees and costs by October 27, 2006, with any response by Allied due November 3, 2006. On October 27, 2006, Solloway filed a request for $3,500. Wilcox Decl. (docket no. 20) ¶ 44. At 5:22 p.m. on November 2, 2006, Allied sent an e-mail to Solloway's attorney, offering $3,000 in an attempt to not further burden this court with the fee dispute. Notice (docket no. 22). Receiving no response,

ORDER AWARDING FEES UNDER 28 U.S.C. § 1447(c)—No. C-06-04814 RMW
JAH

1  Allied filed an opposition to Solloway's request and argued that $1,500 would be a reasonable fee
2  award. Opp'n (docket no. 21). On November 7, 2006, Solloway's attorney filed a purported
3  acceptance of Allied's offer of $3,000 and stated that he had been traveling and unable to respond
4  earlier. Notice (docket no. 22).

5  Although the offer appears to have expired because it was not accepted before Allied's
6  response to plaintiff's fee request was due, the court finds $3,000 is a reasonable fee for plaintiff's
7  work on the motion to remand. The court finds ten hours of time at $300 per hour consistent with
8  the reasonable time incurred in connection with the matter and $300 per hour consistent with that
9  charged in the community for similar service.

## ORDER

For the foregoing reasons, the court awards Solloway $3,000 under 28 U.S.C. § 1447(c).

DATED:   11/13/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Ronald Wilcox        ronaldwilcox@post.harvard.edu

**Counsel for Defendant:**

Forrest Arthur Hainline        fhainline@goodwinprocter.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    11/13/06                         /s/ JH
                                                              **Chambers of Judge Whyte**